UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

CASE NO.:

GABRIEL LOPEZ,

        Plaintiff,

vs.

F&C HOSPITALITY SERVICES, LLC AND
F&C/M&C HOSPITALITY GROUP, LLC,

        Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, GABRIEL LOPEZ, for his Complaint against F&C HOSPITALITY SERVICES, LLC AND F&C/M&C HOSPITALITY GROUP, LLC states and alleges as follows:

### SUMMARY

1. F&C HOSPITALITY SERVICES, LLC AND F&C/M&C HOSPITALITY GROUP, LLC (hereinafter "Defendants") required and/or permitted GABRIEL LOPEZ (hereinafter "Plaintiff") to work in excess of forty hours per week but refused to compensate him properly for such hours.

2. Defendants' conduct is in violation of the Fair Labor Standards Act (FLSA), which requires employers to compensate non-exempt employees for their overtime work. *See*, 29 U.S.C. § 207(a).

3. Plaintiff, GABRIEL LOPEZ, is a FLSA non-exempt worker who was not fully compensated for the overtime hours he worked, as required by law, for which he now seeks recovery.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this action under 29 U.S.C. § 201, et seq. and 28 U.S.C. § 1331.

5. Venue is proper in the District of Arizona because Defendants engages in business here and a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this district.

## THE PARTIES

6. Plaintiff, GABRIEL LOPEZ, is a resident of Phoenix, Arizona.

7. Defendants, F&C HOSPITALITY SERVICES, LLC AND F&C/M&C HOSPITALITY GROUP, LLC, are both a domestic limited liability company operating in Arizona.

## COVERAGE

8. Defendants, F&C HOSPITALITY SERVICES, LLC AND F&C/M&C HOSPITALITY GROUP, LLC, are each an enterprise that engage in commerce or in the production of goods for commerce.

9. Defendants acted, either directly or indirectly, in the interest of an employer with respect to the Plaintiff.

10. Accordingly, Defendants are both a covered "enterprise" and an "employer" under the FLSA.

11. Defendants have had, and continue to have, an annual gross income of sales made or business done of not less than $500,000.

12. Upon information and belief, at all times material to this Complaint, F&C HOSPITALITY SERVICES, LLC AND F&C/M&C HOSPITALITY GROUP, LLC, have employees who handled goods or materials moved in interstate commerce, including, but not limited to, phones, cleaning supplies, and other equipment manufactured in other states.

**FACTUAL ALLEGATIONS**

13. Defendants F&C HOSPITALITY SERVICES, LLC AND F&C/M&C HOSPITALITY GROUP, LLC provide hotel hospitality services to its clients.

14. Defendants employed Plaintiff, GABRIEL LOPEZ, as a hospitality supervisor from on or about March 4, 2016 through the present.

15. Throughout Plaintiff's employment the performed work under the name "Carlos Escalante."

16. Plaintiff worked an average of sixty (60) hours per week for Defendants preparing the hotel saloon for events and meetings.

17. Throughout his employment with Defendants, Plaintiff was suffered or permitted to over forty (40) hours in a workweek for Defendants without proper overtime compensation.

18. Defendants compensated Plaintiff $10.50 per hour for all hours worked, regardless of the number of hours worked.

19. Defendants failed to compensate Plaintiff his "and a half" portion of his time-and-a-half overtime premiums.

20.     By way of example, for the pay period covering February 18, 2018 through march 3, 2018, Plaintiff worked 115.5 hours and was compensated $10.50 per hour for all 115.5 hours. However, Defendants failed to pay Plaintiff his additional $5.25 an hour for 35.5 overtime hours worked. Defendants still owes Plaintiff $186.38 for this pay period alone.

21.     Plaintiff is entitled to rights under the FLSA and no exemption exists to justify why Defendant failed to pay Plaintiff his overtime compensation.

## CAUSES OF ACTION
### I.     FAILURE TO PAY OVERTIME WAGES IN VIOLATION OF THE FLSA

22.     Plaintiff incorporates all allegations contained in the preceding paragraphs.

23.     At all relevant times Plaintiff has been entitled to the rights, protections, and benefits provided under the FLSA, 29 U.S.C. §§ 201, et seq.

24.     Defendants' failure to pay the full amount of overtime compensation owed to Plaintiff violates the FLSA.

25.     Accordingly, Plaintiff is entitled to proper compensation for overtime hours worked.

26.     Additionally, Plaintiff is entitled to an amount equal to his unpaid overtime wages as liquidated damages, as well as reasonable attorneys' fees and costs of this action as provided by 29 U.S.C. § 216(b).

27.     Defendants has acted neither in good faith nor with reasonable grounds to believe that its actions and omissions were not a violation of the FLSA, and as a result, Plaintiff is entitled to recover an award of liquidated damages in an amount equal to the amount of unpaid wages described pursuant to 29 U.S.C. § 216(b).

28.     Alternatively, should the Court find Defendants acted in good faith and that it had reasonable grounds to believe that its actions and omissions were not a violation of the FLSA, Plaintiff is entitled to an award of prejudgment interest at the applicable legal rate.

29.     Plaintiff is entitled to have the limitations period extended to three years because Defendants' actions were willful.  29 U.S.C. § 216(b).

**PRAYER**

WHEREFORE, Plaintiff respectfully requests judgment be entered in his favor and against Defendants, jointly and severally, awarding him:

A.  overtime compensation for all unpaid hours worked in excess of forty hours at the rate of one and one-half times his regular rates;

B.  an equal amount as liquidated damages as allowed under the FLSA;

C.  damages accrued for a three year period;

D.  reasonable attorneys' fees, costs, and expenses of this action as provided by the FLSA; and

E.  pre-judgment and post judgment interest at the highest rates allowed by law; and such other relief as to which Plaintiff may be entitled.

Respectfully submitted,

**GOLDBERG & LOREN, PA**

By: _/s/ Rachael Rust_

**Rachael Rustmann**
TX Bar No. 24073653
*Admitted Pro Hac Vice*
1776 N. Pine Island Road, Suite 224
Plantation, FL 33322
Main Phone:   800-719-1617 ext 1021

Facsimile: (954) 585-4886
rrustmann@goldbergloren.com
*Attorney for Plaintiff*