**FAULKNER LAW OFFICES, PLLC**
Elizabeth A. Faulkner, SBN 013212
8687 East Via de Ventura, Suite 306
Scottsdale, Arizona 85258
Telephone: (480) 951-1110
Facsimile: (480) 951-1116
elizabeth@faulknerlaw.net
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| GABRIEL LOPEZ,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>F&C HOSPITALITY SERVICES, LLC and F&C/M&C HOSPITALITY GROUP, LLC, HILTON HOSPITALITY, LLC, and CROWNE PLAZA PHOENIX F/B, LLC.<br><br>　　　　　　　　Defendants. | No. CV-18-01401-PHX-DGC<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR EXTENSION OF TIME**<br><br>(Assigned to the Honorable Judge Campbell) |

　　　The Parties, through undersigned counsel, hereby give the Court notice that this matter has been settled. The Parties are completing settlement paperwork and will thereafter be filing a Stipulation for Dismissal with Prejudice. Accordingly, the Parties respectfully request that the Court extend the time for a responsive pleading, which would otherwise be due June 19, 2018.

　　　**RESPECTFULLY SUBMITTED** this 15th day of June, 2018.

| | |
|---|---|
| **GOLDBERG & LOREN, PA** | **FAULKNER LAW OFFICES, PLLC** |
| /s/ Rachael Rustmann<br>Rachael Rustmann<br>*Attorneys for Plaintiff* | /s/ Elizabeth Faulkner<br>Elizabeth A. Faulkner<br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 15, 2018, I electronically transmitted this document to the Clerk's Office using the ECF System for filing, and on this same day, served a copy via first-class mail upon the following:

Rachael Rustmann, Esq.
GOLDBERG & LOREN, P.A.
1776 N. Pine Island Road, Suite 224
Plantation, FL 33322


By: /s/Meg Lyman