Gabriel López
6022957169

To whom it may concern

___ FILED     ___ LODGED
___ RECEIVED  ___ COPY

JUL 2 5 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

I ask in the most attentive way to you, Mr. Judge. The request to reopen my case with # 2:18 cv-01401- DGC. I apologize for the reason I did not attend before you, Mr. Judge on July 27, 2018. The reason was for the distrust of the law firm that represented me at that time with name (GOLDBERG & LOREN P. A) and especially to attorney Rachael Rustmann. Who was she who carried my case of overtime not paid. And
who in turn was demanding a signature in which I never agreed. And telling me herself. What if I didn't sign. They would sign for me. Although I did not agree to give them that signature they asked me. And so they can make the claim
and collect what both parties had agreed to lawyers. Being that I was never notified at the moment. The agreement that they had arrived. And many other things more than I didn't feel sure of my lawyers. That is why my request to you, Mr. Judge, to reopen the case again. Whatever the decision, I will thank you with all my heart. Thank you.

Sincerely,
Gabriel Lopez

*GABRIEL LOPEZ.*

STATE OF ARIZONA
COUNTY OF MARICOPA
The Foregoing Instrument Was Acknowledged Before Me This 25TH Day Of July 20 19
By Gabriel Lopez
Notary Public

JIMMY CARAVEO
NOTARY PUBLIC - ARIZONA
Maricopa County
My Commission Expires
August 31, 2020